# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT LAFON,<br><br>　　　　　　Defendant. | 2:15-cr-00231-KJD-CWH<br>**ORDER** |

　　　　Before the court is Defendant Robert Lafon's Motion to Reopen Detention (#37).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that a hearing on Defendant Robert Lafon's Motion to Reopen Detention (#37) is scheduled for 2:00 p.m., February 1, 2016, in courtroom 3D. Any opposition must be filed on or before January 20, 2016. Any reply in support of the motion to reopen detention is due on or before January 27, 2016.

　　　　DATED this 8th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE