# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LAFON,

    Defendant.

Case No. 2:15-CR-00231-KJD-CWH

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#33) of Magistrate Judge C.W. Hoffman, Jr. entered December 23, 2015, recommending that Defendant's Motion to Suppress Evidence for Fourth Amendment Violation (#20) be granted. Objections (#36) to the Magistrate Judge's Report and Recommendations were timely filed by Plaintiff pursuant to LCR 12-1 of the Local Rules of Practice of the United States District Court of the District of Nevada. Defendant filed a response in opposition (#39) to the objections to which Plaintiff did not reply.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendations (#33) of the United States Magistrate Judge entered December 23, 2015, should be **ADOPTED** and **AFFIRMED.** Plaintiff's objections were timely filed. The Magistrate Judge correctly concluded that all evidence seized in this case, including the shotgun, narcotics related evidence, and testimony concerning knowledge acquired during the unlawful search are fruit of the poisonous tree and should be suppressed.

///

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendations (#33) entered December 23, 2015, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress Evidence for Fourth Amendment Violation (#20) is **GRANTED**.

DATED this 27th day of January 2016.

_____
Kent J. Dawson
United States District Judge