RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Robert Lafon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LAFON,<br><br>　　　　　Defendant. | Case No. 2:15-cr-231-KJD-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRE-TRIAL RELEASE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Robert Lafon, that the conditions of Mr. Lafon's pre-trial release be modified to include removing both the GPS monitoring and home detention conditions.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Lafon was released on a personal recognizance bond on February 1, 2016. (CR# 47.) The Court released Mr. Lafon, in part, because the district court granted Mr. Lafon's Motion to Suppress Evidence (CR#20; CR#43), and the Government thereafter filed a Protective Notice of Appeal (#44).

2. Since Mr. Lafon's release, he has been completely compliant with all his conditions of release and followed all the orders of Pre-Trial Services. Mr. Lafon has been attending substance abuse counseling, is currently taking class in connection with a local union, and just attended an orientation for employment with that union.

3. Currently, Mr. Lafon is wearing two ankle bracelets, a GPS/location monitoring bracelet and a TAD bracelet to monitor alcohol consumption. Undersigned counsel for the defense reached out to Samira Barlow, Mr. Lafon's Pre-Trial Services officer, about removing one of his bracelets given his compliance to-date. Ms. Barlow indicated that Pre-Trial Services has no opposition to the removal of his GPS monitoring bracelet and his home detention condition. Given Mr. Lafon's substance abuse history, Pre-Trial believes that it would be prudent to keep the TAD bracelet in-tact at this time.

4. Given Mr. Lafon's compliance and the fact that neither Pre-Trial Services nor the Government oppose this request, Mr. Lafon respectfully request that this Court modify his conditions and remove both the GPS monitoring and home detention conditions.

DATED this 21st day of April, 2016

RENE L. VALLADARES  
Federal Public Defender

By: /s/ Heidi A. Ojeda  
HEIDI A. OJEDA  
Assistant Federal Public Defender  
Attorney for Robert Lafon

DANIEL G. BOGDEN  
United States of America

By: /s/ Alexandra M. Michael  
ALEXANDRA M. MICHAEL  
Assistant Unites States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LAFON,<br><br>　　　　　Defendant. | Case No. 2:15-cr-231-KJD-CWH<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED, that the conditions of Mr. Lafon's pre-trial release conditions be modified to include removing both the GPS monitoring and home detention conditions.

DATED this 22nd day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3