# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT LAFON,<br><br>    Defendant. | Case No. 2:15-CR-00231-KJD-CWH<br><br>**ORDER** |

Before the Court for consideration is the Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(a) (#67).

The Court finds good cause to grant Government's Motion in the interest of justice as Defendant is not in custody on the captioned matter.

**IT IS THEREFORE ORDERED** that the Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(a) (#67) is **GRANTED**.

DATED this 23rd day of March 2017.

_____
Kent J. Dawson
United States District Judge